UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARK T. WIMES | § | |
| | § | |
| v. | § | C.A. NO. C-04-543 |
| | § | |
| DOUG DRETKE, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE–INSTITUTIONAL DIVISION | § | |

## MEMORANDUM OPINION AND ORDER GRANTING RESPONDENT'S MOTION FOR SUMMARY JUDGMENT

On May 4, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 19). Objections were timely filed but raise no new issues (D.E. 20). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's Motion for Summary Judgment (D.E. 14) is GRANTED, and petitioner's cause of action for habeas corpus relief is DISMISSED.

ORDERED this        28th        day of        July        , 2005.

_____
HAYDEN HEAD
CHIEF JUDGE